Thomas H. Wolfsen (SBN 41194)
528 North Glassell
Orange, California 92867
714-288-0180
thomas.wolfsen@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION AT SANTA ANA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>LEWELLYN COX,<br><br>    Defendant. | 8:09-cr-00248-DOC<br><br>[~~Proposed~~] **Order** |

This matter comes before the Court on Defendant's motion for an evaluation by an optometrist for the purposes of obtaining reading glasses. Based on that motion and the entire record in this cause, the Court GRANTS the motion.

The United States Marshal is ordered to have Mr. ~~Smith~~ Cox evaluated by an optometrist and, if necessary, fitted with reading glasses.

SO ORDERED THIS the _3_ day of _May_, 2011.

_/s/ David O. Carter_
United States District Judge

cc:    U.S. Marshal's Office

*FILED - SOUTHERN DIVISION*
*CLERK, U.S. DISTRICT COURT*
*MAY 3 2011*
*CENTRAL DISTRICT OF CALIFORNIA*
*BY            DEPUTY*